People v Stormer
2026 NY Slip Op 03622
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
TERELL A. STORMER, DEFENDANT-APPELLANT.

Decided on June 5, 2026
KA 23-01613.
Present: Whalen, P.J., Lindley, Curran, Bannister, And Montour, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion to dismiss appeal granted. Matter remitted to Niagara County Court, to vacate judgment of conviction and dismiss indictment (see People v Matteson, 75 NY2d 745, 747 [1989]).